AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jonker, Robert J. | U.S. Dist. Court, Western Dist of MI | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

685 Federal Building
110 Michigan Street N.W.
Grand Rapids, MI 49503

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-employed psychology practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deposit Accounts at Fifth Third Bank | A | Interest | J | T | | | | | |
| 2. Fifth Third Bank - Stock | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. RETAIL ACCOUNT | | | | | | | | | |
| 5. Active Asset Tax Free Trust | A | Dividend | J | T | | | | | |
| 6. First Trust Hlth Care Alpha ETF | | None | J | T | Sold (part) | 05/23/13 | J | A | |
| 7. First Trust Amex Biotech | | None | J | T | Buy | 07/01/13 | J | | |
| 8. First Trust Consumer Staples ETF | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 9. First Trust Consumer Discret | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 10. First Trust DJ Internet IDX | | None | J | T | Sold (part) | 05/23/13 | J | A | |
| 11. First Trust Larg Cap Value AL | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 12. First Trust S&P Reit Index | | None | | | Sold (part) | 05/23/13 | J | A | |
| 13. First Trust S&P Reit Index | | None | | | Sold | 07/01/13 | J | A | |
| 14. American Gr Fd of America | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 15. BlackRock Equity Dividend | | None | J | T | Sold (part) | 05/23/13 | J | A | |
| 16. Black Rock Global Long/Short Eq | A | Dividend | J | T | Buy | 08/26/13 | J | | |
| 17. EV Floating Rate Hi Inc Inst | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EV Global Macro ABS Ret | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |
| 19. Goldman Sachs Rising Div Growth | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 20. Ivy Asset Strategy I | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 21. JP Morgan Hibrg Dyn Comm Str | | None | | | Sold | 08/26/13 | J | A | |
| 22. Lazard Int'l Equi Sel Inst | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 23. Legg Mason BW Gib Opp Bd | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |
| 24. Lord Abbett Alpha Strat F | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 25. Natixis ASG Global Alternative Y | | None | J | T | Buy (add'l) | 05/23/13 | J | | |
| 26. Pimco All Asset All Auth | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |
| 27. Principal Global Divers Inc A | A | Dividend | J | T | | | | | |
| 28. Virtus Dynamic Aphasector | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 29. Virtus Foreign Oport I | A | Dividend | J | T | | | | | |
| 30. Virtus Insight Emerg Markts I | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |
| 31. Virtus Multi Sect Sht Term BDI | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |
| 32. | | | | | | | | | |
| 33. IRA ACCOUNT | | | | | | | | | |
| 34. American Amcap A | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Bd Fd of Am | A | Dividend | J | T | | | | | |
| 36. American Cap Inc Builder | B | Dividend | L | T | | | | | |
| 37. American Cap World Bond | B | Dividend | L | T | | | | | |
| 38. American Cap World Gr & Inc | A | Dividend | K | T | | | | | |
| 39. American Europacific Growth | A | Dividend | K | T | | | | | |
| 40. American Fundamental Inv | A | Dividend | L | T | | | | | |
| 41. American Gr Fd of America | A | Dividend | L | T | | | | | |
| 42. American New Perspective | A | Dividend | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. IRA ACCOUNT-2 | | | | | | | | | |
| 45. BDP Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 46. First Trust Hlth Care Alpha ETF | | None | J | T | Sold (part) | 05/23/13 | J | A | |
| 47. First Trust AMEX Biotech | | None | J | T | Buy | 07/01/13 | J | | |
| 48. First Trust Consumer Staples | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 49. First Trust Consumer Discret | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 50. First Trust DJ Internet IDX | | None | J | T | Sold (part) | 05/23/13 | J | A | |
| 51. First Trust Larg Cap Value AL | A | Dividend | K | T | Sold (part) | 05/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Trust S&P Reit Index | | None | | | Sold (part) | 05/23/13 | J | A | |
| 53. First Trust S&P Reit Index | | None | | | Sold | 07/01/13 | J | A | |
| 54. American Gr Fd of America | A | Dividend | K | T | Sold (part) | 05/23/13 | J | A | |
| 55. Black Rock Equity Dividend I | A | Dividend | K | T | Sold (part) | 05/23/13 | J | A | |
| 56. Black Rock Global Long/Short Eq | | None | J | T | Buy | 08/26/13 | J | | |
| 57. EV Floating Rate Hi Inc Inst | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |
| 58. EV Global Macro ABS Ret | A | Dividend | J | T | | | | | |
| 59. Goldman Sachs Rising Div Grw | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 60. Ivy Asset Strategy I | A | Dividend | K | T | Sold (part) | 05/23/13 | J | A | |
| 61. JP Morgan Hibrg Dyn Comm Str | | None | | | Sold | 08/26/13 | J | A | |
| 62. Lazard Int'l Eqi Sel Inst | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 63. Legg Mason BW Gib Opp Bd Inst | A | Dividend | J | T | Buy | 05/23/13 | J | | |
| 64. Lord Abbett Alpha Strat | A | Dividend | K | T | Sold (part) | 05/23/13 | J | A | |
| 65. Natixis ASG Global Alternative | | None | K | T | Buy | 05/23/13 | J | | |
| 66. Pimco All Asset All Auth | A | Dividend | K | T | Buy (add'l) | 05/23/13 | J | | |
| 67. Principal Gib Divers Inc A | A | Dividend | J | T | | | | | |
| 68. Virtus Dynamic Alphasector | A | Dividend | K | T | Sold (part) | 05/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Virtus Foreign Opport I | A | Dividend | K | T | | | | | |
| 70. Virtus Insight Emerg Markts I | A | Dividend | K | T | Buy (add'l) | 05/23/13 | J | | |
| 71. Virtus Multi Sect Sht Term BDI | A | Dividend | K | T | Buy (add'l) | 05/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. Jonker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544